IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RAQUEL DE JESUS<br>    Plaintiff<br>v.<br><br>LEHIGH VALLEY HOSPITAL, INC.<br>    Defendant | :<br>:<br>:<br>:<br>:<br>:<br>: | CIVIL ACTION<br><br>NO. 24-5118 |

## ORDER

AND NOW this 21st day of March, 2025 upon consideration of Defendant's Moton to Dismiss (DKT. 7), Plaintiff's response (DKT. 8) and after oral argument it is ORDERED and DECREED that the Motion is GRANTED and count 1 of the Complaint is hereby DISMISSED WITHOUT PREJUDICE.

It is FURTHER ORDERED that Plaintiff has leave to amend her Complaint within 14 days of date of this Order. No later than 28 days from the date of this Order, Defendant shall respond to amended complaint, if there is one, or answer the remaining allegations of the Complaint (DKT. 1).

BY THE COURT:

_____
GAIL A. WEILHEIMER, J.